UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JAMIE ROBERTS; DEBRA ROZZELLE;           :
VERONICA SANDERS; SANDRA SCHACTER;       :
LIONEL SCOTT; RONNIE SLOAN; SHARON       :
ULLMAN; EDWARD WARREN; RONALD            :
WOOD; ELIHU WOODSON,                     :
                                         :
       Plaintiffs                        :   Civil Action
v.                                       :   No. 04-11158-GAO
                                         :
INDEVUS PHARMACEUTICALS, INC., F/K/A     :
INTERNEURON PHARMACEUTICALS, INC.;       :
WYETH, INC., F/K/A AMERICAN HOME         :
PRODUCTS CORPORATION; WYETH              :
PHARMACEUTICALS, INC F/K/A WYETH-        :
AYERST PHARMACEUTICALS, INC., A          :
DIVISION OF AMERICAN HOME PRODUCTS       :
CORPORATION; AND BOEHRINGER              :
INGELHEIM PHARMACEUTICALS, INC.,         :
                                         :
       Defendants                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 22, 2004                               Respectfully submitted,
     Boston, Massachusetts

                                                        /s/Matthew J. Matule
                                                        Matthew J. Matule (BBO #632075)
                                                        SKADDEN, ARPS, SLATE,
Of Counsel:                                          MEAGHER & FLOM LLP
Barbara Wrubel                                     One Beacon Street
Katherine Armstrong                                Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                              (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                     Counsel for Defendant
                                                        Boehringer Ingelheim Pharmaceuticals, Inc.